**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6366

CHASTIS NIXON,

Plaintiff - Appellant,

v.

JOHN DOE, Superintendent of Salisbury Correctional
Institution; JOHN DOE, II, Superintendent of Alexander
Correctional Institution; GASTON COUNTY MUNICIPALITY; GASTON
COUNTY JAIL,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Frank D. Whitney, Chief
District Judge. (3:15-cv-00370-FDW)

Submitted: July 21, 2016                    Decided: July 22, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chastis Ray Gomez Nixon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chastis Nixon seeks to appeal the district court's orders granting his motion to amend his complaint and dismissing without prejudice his 42 U.S.C. § 1983 (2012) action for failure to comply with the court's order to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Nixon v. Doe, No. 3:15-cv-00370-FDW (W.D.N.C. Feb. 12, 2016; May 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED